## ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 715
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

**MEMO ENDORSED**

MARTIN E. ADAMS
KARLOFF C. COMMISSIONG
ADMITTED TO PRACTICE IN NEW YORK
WWW.AMCMLAW.COM

June 16, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-17-14
```

**VIA FACSIMILE**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States v. Hector Mena</u>, 13 Cr. 261 (PKC) - Request for Court Conference

Dear Judge Castel:

I am writing to respectfully request that the Court schedule a conference regarding my representation of Mr. Hector Mena. On June 12, 2014, A.U.S.A. Damian Williams forwarded me a letter that he received from Mr. Mena regarding my representation of him in this matter. I have attached a copy of Mr. Mena's letter, for the Court's review. I visited Mr. Mena at M.D.C. Brooklyn on Sunday, June 15, 2014 to discuss the letter with him. He informed me that he wants to retain new counsel.

Sentencing in this matter is scheduled for Thursday, July 10, 2014. The P.S.I was conducted on Thursday, June 5, 2014. If the Court schedules a conference in this matter and A.U.S.A. Williams' presence is not required, Mr. Sears and I are available on June 18 after 1:00p.m. If A.U.S.A. Williams' presence is required, then we will all be available the afternoon of Tuesday, June 24.

Respectfully submitted,

*[signature]*

Karloff C. Commissiong, Esq.

*[Handwritten endorsement: Conference is scheduled for June 18, 2014 at 2:00 p.m. SO ORDERED. [signature] 6-17-14]*

Encl: (1) Letter from Mr. Mena to A.U.S.A. Williams and the Court dated June 9, 2014

cc:   Eric Sears, Esq.
      A.U.S.A. Damian Williams