USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-14

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2014

BY FAX
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States</u> v. <u>Hector Mena</u>, 13 Cr. 261 (PKC)

Dear Judge Castel:

The Government respectfully submits this letter in connection with the above-referenced case. As the Court knows, the defendant, Hector Mena, is scheduled to be sentenced on July 10, 2014. However, on July 8, 2014, the Government will be on trial before the Honorable Alvin K. Hellerstein. While the trial will be short, the Government does not believe it will have concluded in time for the July 10 appearance before Your Honor.

Accordingly, the Government—with the consent of defense counsel—respectfully requests that sentencing be adjourned by at least two weeks.

*Sentencing adjourned to July 29 at 11:00 am*
*SO ORDERED*
*USDJ 6-23-14*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Damian Williams
Assistant United States Attorney
Southern District of New York
(212) 637-2298

cc: defense counsel (by email)